# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

Dallas Division

**NORTHERN DISTRICT OF TEXAS FILED**
**JAN 30 2025**
CLERK, U.S. DISTRICT COURT
By _____ Deputy

Asem Farooq
Plaintiff

v.

Civil Action No. **3-25CV0238-D**

donna bolt, lynette bowles, yaro abdul, Manheim et al
Defendant

## COMPLAINT

Plaintiff, Asem Farooq, by and through undersigned counsel or pro se, brings this Complaint against Defendants Manheim Auto Company et al ("Manheim") and its managers (collectively "Defendants"), and alleges as follows:

This is an action for damages and injunctive relief arising from Defendants' violation of federal laws, including Perjury in the case relating to the lawsuit filed for violating Uniformed Services Employment and Reemployment Rights Act (USERRA), 38 U.S.C. § 4301 et seq., and federal laws prohibiting perjury on federal court fillings. As Defendants discriminated against and illegally terminated Plaintiff, a member of the United States military, for attending mandatory military training. Defendants discriminated against and illegally terminated Plaintiff, a member of the United States military, for attending mandatory military training. Plaintiff, a Texas resident and a member of the United States military, was employed by Manheim, headquartered in Atlanta, Georgia, as a dispatcher from June 2017 through October 2019. Despite providing timely notice of their military training obligations and complying with all legal requirements under USERRA, Plaintiff was subjected to discrimination, harassment, and an illegal termination by Defendants, including managers Donna Bolt, Lynette Bowles, and Yaro Abdul, for fulfilling their service obligations. Defendants falsely claimed in official court filings that Plaintiff resigned from their position; however, discovery revealed internal termination records and communications proving otherwise. Defendants knowingly submitted perjured statements and false documentation to this Court, violating federal statutes

\* Attach additional pages as needed.

| | |
|---|---|
| Date | 01/14/2025 |
| Signature | *[signature]* |
| Print Name | Asem Farooq |
| Address | PO Box 82 |
| City, State, Zip | Cedar Hill, Tx, 75106 |
| Telephone | 719-749-1587 |

Page 1 | 2

prohibiting perjury and causing Plaintiff substantial harm, including lost income, emotional distress, and reputational damage. This Court has subject matter jurisdiction under 28 U.S.C. § 1331, as this action arises under federal law, and venue is proper pursuant to 28 U.S.C. § 1391(b), as the events giving rise to the claims occurred within this district. Defendants' actions constitute False Claims in 31 U.S.C. §§ 3729–3733 & perjury under 18 U.S.C. § 1621.

The federal court should also pursue criminal charges of perjury against the defendants under 18 U.S.C. § 1621, as their deliberate submission of false statements and misleading documentation to this Court constitutes a grave violation of the law. Upholding the integrity of judicial proceedings and ensuring equal justice under the law necessitates accountability for such actions. The intentional act of perjury undermines the foundation of justice, and criminal prosecution is essential to deter future misconduct and preserve public trust in the legal system.

# CIVIL COVER SHEET

JS 44 (Rev. 04/21)(TXND 4/21)

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Asem Farooq

### DEFENDANTS
donna bolt, lynette bowles, yaro abdul, Manheim et al

**(b)** County of Residence of First Listed Plaintiff: Dallas
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

RECEIVED JAN 30 2025 KM
CLERK U.S. DISTRICT COURT NORTHERN DISTRICT OF TEXAS

3-25CV0238-D

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*
- [ ] 1 U.S. Government Plaintiff
- [x] 3 Federal Question (U.S. Government Not a Party)
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [x] 1 | [x] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [x] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 422 Appeal 28 USC 158 | [x] 375 False Claims Act |
| [ ] 120 Marine | [ ] 310 Airplane | [ ] 365 Personal Injury - Product Liability | [ ] 690 Other | [ ] 423 Withdrawal 28 USC 157 | [ ] 376 Qui Tam (31 USC 3729(a)) |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability | [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | **INTELLECTUAL PROPERTY RIGHTS** | [ ] 400 State Reapportionment |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander | | | [ ] 820 Copyrights | [ ] 410 Antitrust |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability | [ ] 368 Asbestos Personal Injury Product Liability | | [ ] 830 Patent | [ ] 430 Banks and Banking |
| [ ] 151 Medicare Act | [ ] 340 Marine | | | [ ] 835 Patent - Abbreviated New Drug Application | [ ] 450 Commerce |
| [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans) | [ ] 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | [ ] 840 Trademark | [ ] 460 Deportation |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle | [ ] 370 Other Fraud | [ ] 710 Fair Labor Standards Act | [ ] 880 Defend Trade Secrets Act of 2016 | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability | [ ] 371 Truth in Lending | [ ] 720 Labor/Management Relations | | [ ] 480 Consumer Credit (15 USC 1681 or 1692) |
| [ ] 190 Other Contract | [ ] 360 Other Personal Injury | [ ] 380 Other Personal Property Damage | [ ] 740 Railway Labor Act | **SOCIAL SECURITY** | [ ] 485 Telephone Consumer Protection Act |
| [ ] 195 Contract Product Liability | [ ] 362 Personal Injury - Medical Malpractice | [ ] 385 Property Damage Product Liability | [ ] 751 Family and Medical Leave Act | [ ] 861 HIA (1395ff) | [ ] 490 Cable/Sat TV |
| [ ] 196 Franchise | | | [ ] 790 Other Labor Litigation | [ ] 862 Black Lung (923) | [ ] 850 Securities/Commodities/ Exchange |
| | | | [ ] 791 Employee Retirement Income Security Act | [ ] 863 DIWC/DIWW (405(g)) | [ ] 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | [ ] 864 SSID Title XVI | [ ] 891 Agricultural Acts |
| [ ] 210 Land Condemnation | [ ] 440 Other Civil Rights | **Habeas Corpus:** | | [ ] 865 RSI (405(g)) | [ ] 893 Environmental Matters |
| [ ] 220 Foreclosure | [ ] 441 Voting | [ ] 463 Alien Detainee | | **FEDERAL TAX SUITS** | [ ] 895 Freedom of Information Act |
| [ ] 230 Rent Lease & Ejectment | [ ] 442 Employment | [ ] 510 Motions to Vacate Sentence | | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 896 Arbitration |
| [ ] 240 Torts to Land | [ ] 443 Housing/ Accommodations | [ ] 530 General | | [ ] 871 IRS—Third Party 26 USC 7609 | [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities - Employment | [ ] 535 Death Penalty | **IMMIGRATION** | | |
| [ ] 290 All Other Real Property | [ ] 446 Amer. w/Disabilities - Other | **Other:** | [ ] 462 Naturalization Application | | [ ] 950 Constitutionality of State Statutes |
| | [ ] 448 Education | [ ] 540 Mandamus & Other | [ ] 465 Other Immigration Actions | | |
| | | [ ] 550 Civil Rights | | | |
| | | [ ] 555 Prison Condition | | | |
| | | [ ] 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*
- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
Perjury & False Claims in 31 U.S.C. §§ 3729-3733; (USERRA) - 38 U.S.C. § 4301 et seq. case.

Brief description of cause:
Defendents made false statements & filed Perjurious information in USERRA case with Affidavit in support of misrepresentation by defendent & the

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $: Unspecified

CHECK YES only if demanded in complaint:
JURY DEMAND: [x] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions)*
JUDGE: mark t pittman
DOCKET NUMBER: 4-24-cv-00120-p

DATE: 01/14/2025
SIGNATURE OF ATTORNEY OF RECORD: *(signature)*

**FOR OFFICE USE ONLY**
RECEIPT #_____ AMOUNT_____ APPLYING IFP_____ JUDGE_____ MAG. JUDGE_____



Asem Farooy
P.O. Box 82
Cedar Hill, TX 75106

NORTH TEXAS TX P&DC
DALLAS TX 750
27 JAN 2025 PM 8 L

RECEIVED - 4
JAN 30 2025
MAILROOM

1100 Commerce St Rm 1452
Dallas, TX 75242-1310

X-RAY

75242-131052